UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HICKS,<br><br>    Defendants. | No. 1:16-cv-01854-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 20) |

Plaintiff, Gregory C. Bontemps, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2018, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* in this action be denied because he had suffered at least three prior strike dismissals and did not qualify under 28 U.S.C. § 1915(g)'s imminent danger exception. (Doc. No. 20.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within twenty-one days. (*Id.* at 9.) To date, plaintiff has not filed objections, and the time in which to do so has now passed.

/////

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2 | *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings
3 | and recommendations to be supported by the record and by proper analysis.
4 | Accordingly:
5 | 1. The April 23, 2018 findings and recommendations (Doc. No. 20) are adopted in full;
6 | 2. Within thirty days from the date of service of this order, plaintiff is required to pay in
7 | full the $400.00 filing fee for this action; and
8 | 3. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of
9 | this action.
10 | IT IS SO ORDERED.
11 | Dated: **October 22, 2018**
12 | UNITED STATES DISTRICT JUDGE