| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>Plaintiff,<br><br>v.<br><br>D. HICKS,<br><br>Defendant. | No. 1:16-cv-01854-DAD-EPG<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Gregory C. Bontemps is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2018, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 20.) On October 23, 2018, the undersigned adopted those findings and recommendations in full. (Doc. No. 21.) Accordingly, plaintiff was ordered to pay the $400 filing fee in full within thirty days of the date of service of that order and was warned that his failure to do so would result in dismissal of this action. (*Id.* at 2.) Far more than thirty days have passed following the issuance of that order, and plaintiff has failed to pay the required $400 filing fee.

/////

1

Accordingly:

1. This case is dismissed without prejudice due to plaintiff's failure to pay the required $400 filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 15, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE